# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

GOLDEN RANCH FARMS, LLC

VERSUS

BP AMERICA PRODUCTION
COMPANY, ET AL

NO.  2023 CW 0102

**JULY 7, 2023**

---

In Re:   Devon Energy Production Company, L.P., applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 132505.

---

**BEFORE:  GUIDRY, C.J., HOLDRIDGE AND WOLFE, JJ.**

**WRIT DISMISSED.** This writ application is dismissed pursuant to relator's motion advising this matter has been resolved and requesting that this writ application be dismissed.

**JMG**
**GH**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT